IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 |
| | ) | |
| JAMES C. BORST, | ) | 18-03495 |
| MARY ANN M. MANNA, | ) | |
| | ) | |
| Debtor(s). | ) | |

**PROOF OF SERVICE**

TO: See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on August 16, 2018, by First Class U.S. Mail to the persons shown on the attached service list.


GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL 60602
312-368-0300                                              BY:/s/ Gina B. Krol
                                                          Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-03495<br>Northern District of Illinois<br>Chicago<br>Thu Aug 16 16:45:53 CDT 2018 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Chase Card Services<br>Attn: Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Mtg<br>Po Box 24696<br>Columbus, OH 43224-0696 | Citicards Cbna<br>Citicorp Credit Svc/Centralized Bankrupt<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| DuPage Eye Anesthesiology<br>2015 North Main Street<br>Wheaton, IL 60187-3152 | DuPage Medical Group<br>15921 Collections Center Dr<br>Chicago, IL 60693-0159 | JPMorgan Chase Bank, National Association<br>c/o Manley Deas Kochalski LLC<br>PO Box 165028<br>Columbus, OH 43216-5028 |
| Naperville Surgical Centre Anesthes<br>1263 Rickert Dr.<br>Naperville, IL 60540-0954 | Northwestern Medicine<br>25 N. Winfield Rd.<br>Winfield, IL 60190-1222 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 |
| The Center for Surgery<br>475 E. Diehl Rd<br>Naperville, IL 60563-1353 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Wells Fargo Home Mor<br>Written Correspondence Resolutions<br>Mac#2302-04e<br>DesMoines, IA 50306 |
| Wheaton Eye Clinic<br>2015 North Main St.<br>Wheaton, IL 60187-3190 | Derrick B Hager<br>Derrick B Hager, P.C.<br>245 W. Roosevelt Rd.<br>Building 15, Suite 119<br>West Chicago, IL 60185-4821 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |
| James C Borst<br>9 High Lake Ave.<br>West Chicago, IL 60185-2445 | Mary Ann M Manna<br>9 High Lake Ave.<br>West Chicago, IL 60185-2445 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | (d)US Bank Cardmember Services<br>PO Box 6335<br>Fargo, ND 58125-6335 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association    (u)Illinois Housing Development Author

End of Label Matrix
Mailable recipients    20
Bypassed recipients     2
Total                  22

UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In Re: §
§
BORST, JAMES C § Case No. 18-03495 JSB
MANNA, MARY ANN M §
§
Debtors §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        JEFFREY P. ALLSTEADT
        219 S. Dearborn Street
        Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/21/2018 in Courtroom 240,
        Kane County Courthouse
        100 S. Third Street
        Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2018                By: Gina B. Krol
                                                                       Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re: §
§
BORST, JAMES C § Case No. 18-03495 JSB
MANNA, MARY ANN M §
§
Debtors §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.00 |
| and approved disbursements of | $ | 11.51 |
| leaving a balance on hand of[1] | $ | 7,988.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Attorney for Trustee Fees: Cohen & Krol | $ 1,430.00 | $ 0.00 | $ 1,430.00 |
| Other: Cohen & Krol | $ 22.31 | $ 0.00 | $ 22.31 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 3,002.31 |
| Remaining Balance | $ | 4,986.18 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,996.14 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | U.S. Bank National Association Bankruptcy Department PO Box 108 St. Louis MO 63166-0108 | $ 4,281.35 | $ 0.00 | $ 2,372.97 |
| 000002 | U.S. Bank National Association Bankruptcy Department PO Box 108 St. Louis MO 63166-0108 | $ 4,374.32 | $ 0.00 | $ 2,424.50 |
| 000003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 340.47 | $ 0.00 | $ 188.71 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,986.18 |
| | Remaining Balance | | | $ 0.00 |

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL  
                        Trustee

*GINA B. KROL*  
*105 WEST MADISON STREET*  
*SUITE 1100*  
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.