# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| BORST, JAMES C | § | Case No. 18-03495 JSB |
| MANNA, MARY ANN M | § | |
| | § | |
| Debtors | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 297,059.00                         Assets Exempt: 124,200.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,986.18           Claims Discharged
                                                     Without Payment: 70,819.70

Total Expenses of Administration: 3,013.82

---

3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 282,464.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,490.49 | 3,490.49 | 3,013.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 66,809.74 | 8,996.14 | 8,996.14 | 4,986.18 |
| **TOTAL DISBURSEMENTS** | $ 349,273.74 | $ 12,486.63 | $ 12,486.63 | $ 8,000.00 |

4) This case was originally filed under chapter 7 on 02/08/2018 . The case was pending for 9 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2018          By:/s/GINA B. KROL
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Ford Explorer XLT (FMV based on NADA avewrage | 1129-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 82,965.00 | NA | NA | 0.00 |
| | Chase Mtg Po Box 24696 Columbus, OH 43224 | | 2,083.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Housing Development Author | | 26,940.00 | NA | NA | 0.00 |
| | Wells Fargo Home Mor Written Correspondence Resolutions Mac#2302-04e DesMoines, IA 50306 | | 170,476.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 282,464.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:GINA B. KROL | 2100-000 | NA | 2,026.67 | 2,026.67 | 1,550.00 |
| ASSOCIATED BANK | 2600-000 | NA | 11.51 | 11.51 | 11.51 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):COHEN & KROL | 3110-000 | NA | 953.33 | 953.33 | 953.33 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):GINA B. KROL | 3110-000 | NA | 476.67 | 476.67 | 476.67 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):COHEN & KROL | 3120-000 | NA | 22.31 | 22.31 | 22.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,490.49** | **$ 3,490.49** | **$ 3,013.82** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Attn: General Correspondence/Bankruptcy Po Box 30285 Salt Lake City, UT 84130 | | 31,920.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 16,806.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 4,348.00 | NA | NA | 0.00 |
| | Chase Card Services Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 1,006.00 | NA | NA | 0.00 |
| | Citicards Cbna Citicorp Credit Svc/Centralized Bankrupt Po Box 790040 Saint Louis, MO 63179 | | 340.00 | NA | NA | 0.00 |
| | DuPage Eye Anesthesiology 2015 North Main Street Wheaton, IL 60187 | | 542.40 | NA | NA | 0.00 |
| | DuPage Medical Group 15921 Collections Center Dr Chicago, IL 60693 | | 145.81 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Naperville Surgical Centre Anesthes 1263 Rickert Dr. Naperville, IL 60540 | | 386.80 | NA | NA | 0.00 |
| | Northwestern Medicine 25 N. Winfield Rd. Winfield, IL 60190 | | 1,488.00 | NA | NA | 0.00 |
| | The Center for Surgery 475 E. Diehl Rd Naperville, IL 60563 | | 67.25 | NA | NA | 0.00 |
| | US Bank Cardmember Services PO Box 6335 Fargo, ND 58125-6335 | | 4,555.31 | NA | NA | 0.00 |
| | US Bank Cardmember Services PO Box 6335 Fargo, ND 58125-6335 | | 4,740.65 | NA | NA | 0.00 |
| | Wheaton Eye Clinic 2015 North Main St. Wheaton, IL 60187 | | 463.52 | NA | NA | 0.00 |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-900 | NA | 340.47 | 340.47 | 188.71 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | U.S. BANK NATIONAL ASSOCIATION | 7100-900 | NA | 4,281.35 | 4,281.35 | 2,372.97 |
| 000002 | U.S. BANK NATIONAL ASSOCIATION | 7100-900 | NA | 4,374.32 | 4,374.32 | 2,424.50 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 66,809.74 | $ 8,996.14 | $ 8,996.14 | $ 4,986.18 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 18-03495 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BORST, JAMES C | Date Filed (f) or Converted (c): | 02/08/18 (f) |
| | MANNA, MARY ANN M | 341(a) Meeting Date: | 03/06/18 |
| For Period Ending: | 10/26/18 (1st reporting period for this case) | Claims Bar Date: | 06/08/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 326,444.00 | 0.00 | | 0.00 | FA |
| 2. 2012 Ford Explorer XLT (FMV based on NADA avewrage | 13,350.00 | 8,000.00 | | 8,000.00 | FA |
| 3. 2002 GMC 1300 Denali (unreparied body damage, rust | 1,800.00 | 0.00 | | 0.00 | FA |
| 4. typical household furniture & appliances, newer st | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 50" flatscreen TV, 36" flat screen TV, 32" flatscr | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. old golf clubs, treadmill | 100.00 | 0.00 | | 0.00 | FA |
| 7. 3 service revolvers (family heirlooms) | 150.00 | 0.00 | | 0.00 | FA |
| 8. necessary wearing apparel, wedding bands, engageme | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. misc costume jewelry, great aunt's broach | 200.00 | 0.00 | | 0.00 | FA |
| 10. Cash | 80.00 | 0.00 | | 0.00 | FA |
| 11. Chase Bank | 16.00 | 0.00 | | 0.00 | FA |
| 12. US Bank | 19.00 | 0.00 | | 0.00 | FA |
| 13. US Bank | 50.00 | 0.00 | | 0.00 | FA |
| 14. FNBC Bank & Trust | 1,767.00 | 0.00 | | 0.00 | FA |
| 15. FNBC Bank & Trust | 788.00 | 0.00 | | 0.00 | FA |
| 16. May Ann M. Manna Real Estate Managing Broker 330 N | 0.00 | 0.00 | | 0.00 | FA |
| 17. Interactive Broker's IRA | 79,000.00 | 0.00 | | 0.00 | FA |
| 18. debtors usually have to pay taxes | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $428,764.00 | $8,000.00 | | $8,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 20.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-03495   JSB   Judge: JANET S. BAER | Trustee Name:   GINA B. KROL |
| Case Name: | BORST, JAMES C | Date Filed (f) or Converted (c):   02/08/18 (f) |
| | MANNA, MARY ANN M | 341(a) Meeting Date:   03/06/18 |
| | | Claims Bar Date:   06/08/18 |

Case ready for TDR
October 25, 2018, 12:26 pm

TFR submitted to UST for review
July 26, 2018, 07:28 am

Initial Projected Date of Final Report (TFR): 12/31/19      Current Projected Date of Final Report (TFR): 12/31/19

/s/    GINA B. KROL
_____    Date: 10/26/18
    GINA B. KROL

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-03495 -JSB | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BORST, JAMES C | Bank Name: | ASSOCIATED BANK |
| | MANNA, MARY ANN M | Account Number / CD #: | *******8200  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9974 | | |
| For Period Ending: | 10/26/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/31/18 | 2 | James Borst | Sale of Car | 1129-000 | 8,000.00 | | 8,000.00 |
| 07/09/18 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.51 | 7,988.49 |
| 09/28/18 | 030001 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 953.33 | 7,035.16 |
| 09/28/18 | 030002 | Cohen & Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 22.31 | 7,012.85 |
| 09/28/18 | 030003 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee Fees | 2100-000 | | 1,550.00 | 5,462.85 |
| 09/28/18 | 030004 | Gina B. Krol<br>105 W. Madison St., Ste. 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys' Fees | 3110-000 | | 476.67 | 4,986.18 |
| 09/28/18 | 030005 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Final Distribution<br>(1-1) USBCRD1803495ILN92037008 | 7100-900 | | 2,372.97 | 2,613.21 |
| 09/28/18 | 030006 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis MO 63166-0108 | Final Distribution<br>(2-1) USBCRD1803495ILN92033269 | 7100-900 | | 2,424.50 | 188.71 |
| 09/28/18 | 030007 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Final Distribution | 7100-900 | | 188.71 | 0.00 |

Page Subtotals     8,000.00     8,000.00

Ver: 20.02

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 18-03495 -JSB | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | BORST, JAMES C | Bank Name: | ASSOCIATED BANK |
| | MANNA, MARY ANN M | Account Number / CD #: | *******8200 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9974 | | |
| For Period Ending: | 10/26/18 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 8,000.00 | 8,000.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | | Subtotal | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 8,000.00 | 8,000.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8200 | 8,000.00 | 8,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 8,000.00 | 8,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 20.02